UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RAYMOND LEWIS,

                        Plaintiff,

                                                                       9:18-cv-12

v.                                                                          (DJS)

JASON HANSON, *et al.*,

                        Defendants.

**ORDER OF DISMISSAL BY REASON OF SETTLEMENT**

On June 27, 2024, the parties placed a settlement of this case on the record and have subsequently updated the court on the status of that settlement. *See* 06/27/2024 Minute Entry and Dkt. Nos. 254, 256, & 257.  A review of the record in this action indicates that no infant or incompetent is a party to this action.  Accordingly, pursuant to L.R. 68.1(a), it is hereby

**ORDERED** as follows:

    I.        The above-captioned case is hereby dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within forty-five (45) days of the date of this Order if the settlement is not consummated.

    II.       Any application to reopen this case must be filed within forty-five (45) days of the date of this Order.  An application to reopen filed after the expiration of that forty-five-day period, unless it is extended by the Court prior to its expiration, may be summarily denied solely on the basis of untimeliness.

    III.      The dismissal of the above-captioned action shall become with prejudice on the forty-sixth-day following the date of this Order, unless any party moves to reopen this

case within forty-five (45) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the forty-five (45) day period prior to its expiration.

IV. The Clerk of the Court is respectfully directed to close this case and forward a copy of this Order to the parties pursuant to the Court's local rules.

Dated: September 23, 2024
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge